UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TAYLOR,<br><br>            Petitioner,<br><br>       v.<br><br>CHRISTIAN PFEIFFER,<br><br>            Respondent. | No.  2:19-cv-2227 TLN KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed April 22, 2020, petitioner's habeas application was dismissed and thirty days' leave to file an amended petition raising only exhausted claims was granted. The thirty-day period has now expired, and petitioner has not responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the

/////

/////

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 9, 2020

                                        */s/ Kendall J. Newman*
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

/tayl2227.fta.hab